IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Salibellas, Kurt R | Case Number: 08 B 08249 |
|---|---|---|
| | Salibellas, Alicia L | Judge: Wedoff, Eugene R |
| | Printed: 12/10/08 | Filed: 4/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 925.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 864.87 |
| Trustee Fee: | | 60.13 |
| Other Funds: | | 0.00 |
| Totals: | 925.00 | 925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 864.87 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | National Capital Management | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 26,730.76 | 0.00 |
| 5. | Internal Revenue Service | Priority | 7,955.13 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 13,871.60 | 0.00 |
| 7. | Village of Forest Park | Unsecured | 550.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 1,193.45 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 86.57 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Tajana Ferguson | Priority | | No Claim Filed |
| 12. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | Midwest Neoped Association | Unsecured | | No Claim Filed |
| 14. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | AT&T Broadband | Unsecured | | No Claim Filed |
| | | | $ 52,887.51 | $ 864.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 60.13 |
| | $ 60.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Salibellas, Kurt R<br>Salibellas, Alicia L<br>Printed: 12/10/08 | Case Number:  08 B 08249<br>Judge:  Wedoff, Eugene R<br>Filed:  4/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

